JS-6

FILED
CLERK, U.S. DISTRICT COURT

12/1/2015

CENTRAL DISTRICT OF CALIFORNIA
BY: _____CW_____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNE SUCH,<br><br>       Plaintiff,<br><br>  vs.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>       Defendant. | Case No: 2:15-cv-5703 MWF(ASx)<br><br>**ORDER DISMISSING ENTIRE ACTION WITHOUT PREJUDICE** |

# ORDER

The parties having stipulated that this matter has been resolved in its entirety and each side to bear their own attorneys' fees and costs, this matter is hereby dismissed *without* prejudice.

**IT IS SO ORDERED.**

Dated: December 1, 2015         _____
                                                    HONORABLE MICHAEL W. FITZGERALD
                                                    UNITED STATES DISTRICT JUDGE